UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Kristi James
______________________, )
Plaintiff (s), )
)
v. ) Case No.
)
Teh Lincoln Nat. Life Ins. Co.
______________________, )
)
Defendant(s). )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now Plaintiff and notifies the court of the intent to use
(Plaintiff or Defendant)

Cole County Sheriff
(name and address of process server)
350 E. High St.
Jefferson City, Missouri 65101

To serve: The Lincoln Nat. Life. Ins. Co. c/o Missouri Department of Ins. in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

05/05/2022 /s/ Adam J. Olszeski
(date) (attorney for Plaintiff)

______________________
(attorney for Defendant)