**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KRISTI JAMES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00502 |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), by and through its undersigned counsel, and respectfully moves this Court to extend the deadline to respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff filed this lawsuit on May 5, 2022. Defendant was served with process through the Missouri Department of Commerce and Insurance on May 18, 2022, and thus must file its Answer or otherwise respond by June 8, 2022.

2. The undersigned was unable to file Defendant's Answer to Plaintiff's Complaint on June 8, 2022, as the undersigned's electronic filing credentials were inactive pending administration of the Oath, which occurred today. As such, Lincoln requests that the Court enter an order that it have until midnight June 20, 2022, to answer or otherwise respond to Plaintiff's Complaint.

3. The undersigned conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel does not object to the requested extension.

4. This Unopposed Motion For Extension of Time to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE Lincoln respectfully requests that the Court enter an order that it have until midnight June 20, 2022, to answer or otherwise respond to Plaintiff's Complaint.

Dated: June 14, 2022

Respectfully submitted,

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 14th day of June 2022 to be served by operation of the Court's electronic filing system upon the following:

Matthew R. Davis, #MO58205
Email: matt@gallagherdavis.com

Adam J. Olszeski, #MO66126
Email: adam@gallagherdavis.com

*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers