**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTI JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CV-00502-JAR |
| | ) | |
| LINCOLN NATIONAL LIFE INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant shall file a response to Plaintiff's Motion for Discovery (Doc. No. 12) by **Friday, December 2, 2022**. Any reply shall be filed by **Friday, December 9, 2022.**

Dated this 30th day of November, 2022.

John A. Ross

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**