**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KRISTI JAMES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00502-JAR |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Kristi James and Defendant Lincoln National Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 8th day of December, 2022.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

By: ***/s/ Adam J. Olszeski***

Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 South Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

***AND***

Law Offices of Iwana Rademaekers

By: ***/s/ Iwana M. Rademaekers***

Iwana M. Rademaekers, 16452560
Law Offices of Iwana Rademaekers
17304 Preston Road, Suite 800
Dallas, Texas 75252
PH: (214) 579-9319
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

December 8, 2022 — Date

/s/ Adam J. Olszeski
Adam J. Olszeski