**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTI JAMES,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:22-CV-00502 JAR |

**ORDER**

Having been advised by counsel that the parties have reached a settlement,

**IT IS HEREBY ORDERED** that all case deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that counsel shall file, within sixty (60) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 9th day of December, 2022.

John A. Ross
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**